

5 Greentree Centre
525 Route 73 North, Suite 410
Marlton, NJ 08053
P: 856.797.9951 | F: 856.797.9978

1515 Market Street, Suite 1200
Philadelphia, PA 19102
P: 215.564.1721 | F: 215.564.1759

315 Madison Ave., 3rd Floor
New York, NY 10017
P: 646.979.3642

August 28, 2023

**Via ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New
York 40 Foley Square,
Room 2201 New York, NY
10007

Re: *Carovillano, et al. v. Sirius XM Radio Inc.*
Case No. 23-cv-4723-PAE *(S.D.N.Y.)*

Dear Judge Engelmayer:

We write on behalf of the parties in the above referenced case pursuant to Your Honor's Individual Rule 1.E to request a briefing schedule for the parties to complete briefing regarding Defendant Sirius XM's Motion to Dismiss ("Motion"). Plaintiffs' opposition to Defendant's Motion. The parties have conferred and have agreed, subject to Your Honor's approval, to permit Plaintiffs' to October 16, 2023 to file their opposition to the Motion and Sirius XM to November 7, 2023 to file their Reply.

If the proposed briefing schedule is acceptable to the Court, the parties respectfully request the Court so-order this letter.

Respectfully submitted,

DeNITTIS OSEFCHEN PRINCE, P.C.

STEPHEN P. DeNITTIS

GRANTED. So ordered.

*/s/ Paul A. Engelmayer*
**PAUL A. ENGELMAYER**
**United States District Judge**

Dated: August 28, 2023
New York, New York

Stephen P. DeNittis**** | Joseph A. Osefchen | Shane T. Prince* | Joseph A. D'Aversa | Charles J. Galvin* | Donald F. Browne, Jr.

*Member of the NJ & PA Bar    **Member of the NJ & NY Bar    !Certified Civil Trial Attorney by the Supreme Court of New Jersey