UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER CAROVILLANO *and* STEVEN
BRANDT, *on behalf of themselves and all others similarly
situated*,

                              Plaintiffs,

                    -v-

SIRIUS XM RADIO INC.,

                              Defendant.

---

23 Civ. 4723 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

As stated at today's conference, the Court ordered the parties to file an amended case

management plan, and propose a schedule regarding defendant's anticipated motion to strike

plaintiffs' class allegations, by **February 26, 2024**.  The Court expects the motion to be fully

briefed within three months.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: February 22, 2024
       New York, New York

1