UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CHRISTOPHER CAROVILLANO *and* STEVEN BRANDT, *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>-v-<br><br>SIRIUS XM RADIO INC.,<br><br>Defendant. | 23 Civ. 4723 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Yesterday, the Court received the parties' joint stipulation to stay this case for 60 days pending mediation. Dkt. 54. Earlier this afternoon, the Court granted defendants' motion for partial summary judgment as to plaintiffs' waiver of their right to proceed as class representatives, and accordingly struck plaintiffs' class allegations. Dkt. 55. As requested by the parties, the Court will stay this case for 60 days. All dates in the revised case management plan, Dkt. 38, are extended for 60 days. The parties should not expect any further extensions. The Court reschedules the next case management conference in this case to **January 9, 2025 at 3 p.m.** The parties shall provide the Court with a joint status update no less than 10 days prior to the expiration of the stay.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: July 18, 2024
New York, New York

1