UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER CAROVILLANO *and* STEVEN BRANDT,

                        Plaintiffs,

-v-

SIRIUS XM RADIO INC.,

                        Defendant.

23 Civ. 4723 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On January 13, 2025, plaintiffs filed a motion to dismiss for lack of subject-matter jurisdiction, Dkt. 72, after defendant filed its motion for summary judgment on the schedule jointly proposed by the parties and adopted by the Court, Dkt. 66. *See also* Dkt. 60 (plaintiffs' pre-motion letter failing to raise argument); Dkt. 62 (same in further letter); Dkt. 67 (same at pre-motion hearing). The Court directs defendant to file its response to plaintiffs' motion to dismiss by January 29, 2025. Plaintiffs' deadline of January 27, 2025 to file their opposition to defendant's motion for summary judgment remains in place. *See* Dkt. 66 at 2.

SO ORDERED.

                                            *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: January 15, 2025
      New York, New York