**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER CAROVILLANO and STEVEN BRANDT, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SIRIUS XM RADIO INC., <br><br> Defendant. | CIVIL ACTION NO. 1:23-cv-04723-KPF <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br>  |

     IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by and between the undersigned counsel of record for all parties that the above referenced action is hereby dismissed, with prejudice, and without costs to any party and this Stipulation may be filed with the Clerk of the Court without further notice.

     IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts, and a signature transmitted electronically or by facsimile shall be deemed an original for the purposes herein.

DATED:     New York, NY
          May 15, 2026

| | |
|---|---|
| _____ | */s/ Eric P. Stephens, Esquire* |
| Stephen P. DeNittis, Esq. | Eric P. Stephens |
| sdenitis@denittislaw.com | epstephens@jonesday.com |
| DeNittis Osefchen Prince, P.C. | JONES DAY |
| 315 Madison Ave., 3rd Floor | 250 Vesey Street |
| New York, NY 10017 | New York, NY 10281 |
| 215.564.1721 | 212.326.3939 |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

1

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:    May 19, 2026         SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE